UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS, et al., )<br><br>Plaintiffs, )<br><br>vs. )<br><br>KRI MIDWEST, INC. )<br><br>Defendant. ) | No. 4:06-CV-73 (CEJ) |

**ORDER**

On June 6, 2006, plaintiffs filed a motion for default judgment and memorandum in support. Exhibit 2 to the memorandum is an auditor's report (Document #11.10 in the Court record) that lists several Social Security numbers. Pursuant to the E-Government Act of 2002, as amended, the policies of the Judicial Conference of the United States, and the Administrative Order of this court, Social Security numbers and personal identifiers must be redacted in publicly-filed documents. See <u>In re Business of the Court: Redaction of Personal Identifiers</u>, Administrative Order (E.D. Mo. Oct. 8, 2004). A copy of the order may be found at the Court's website: **www.moed.uscourts.gov**.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall immediately disable the link in the CM/ECF system to Document # 11.10.

**IT IS FURTHER ORDERED** that defendant shall immediately refile the attachments in a form that complies with the E-Government Act.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 27th day of June, 2006.