UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CARPENTERS' DISTRICT COUNCIL OF )
GREATER ST. LOUIS, et al.,       )
                                 )
           Plaintiffs,            )
                                 )
     vs.                          )     No. 4:06-CV-73 (CEJ)
                                 )
KRI MIDWEST, INC.                )
                                 )
           Defendant.             )

## MEMORANDUM AND ORDER

On July 21, 2006, the Court entered default judgment against defendant KRI Midwest, Inc., in the amount of $11,482.88. On March 12, 2007, plaintiffs served a notice of Rule 69 deposition and request for production of documents upon Kercell Parker, an officer of defendant KRI Midwest, Inc. Mr. Parker failed to appear for the deposition scheduled for April 4, 2007.

Plaintiffs now request an order compelling Mr. Parker to appear at deposition and to produce documents. Rule 69(a), Fed. R. Civ. P., permits a judgment creditor to "obtain discovery from any person" in aid of a judgment or its execution. Defendant has not filed a response to plaintiffs' motion and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [Doc. #23] is **granted**.

**IT IS FURTHER ORDERED** that Kercell Parker shall, not later than **May 24, 2007**, appear for deposition upon notice by plaintiffs, and at that time shall produce the following documents: All tax

returns of KRI Midwest, Inc., for the years 2004, 2005, and, if complete, 2006; all records of income received by KRI Midwest, Inc., from January 1, 2006 to date; all documents relating to motor vehicles in which KRI Midwest, Inc., has or has had an ownership interest from January 1, 2006 to date; all documents relating to any other assets in which KRI Midwest, Inc., has or has had an ownership interest since January 1, 2006; all records relating to monies currently owed to KRI Midwest, Inc.; current statements of all bank accounts held by KRI Midwest, Inc.; all records relating to real or personal property owned by KRI Midwest, Inc.; all records of all accounts receivable of KRI Midwest, Inc.; and the most recent annual reports, balance sheets, cash flow reports, income statements, inventory reports, or other financial reports of KRI Midwest, Inc.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of April, 2007.