```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

CARPENTERS' DISTRICT COUNCIL OF  )
GREATER ST. LOUIS, et al.,       )
                                 )
            Plaintiffs,           )
                                 )
        vs.                      )      No. 4:06-CV-73 (CEJ)
                                 )
KRI MIDWEST, INC.                )
                                 )
            Defendant.            )

### ORDER

This matter is before the Court on plaintiffs' motion for an order of contempt against Kercell Parker for his failure to comply with an order directing him to appear for deposition and to produce the financial records of defendant KRI Midwest, Inc. (KRI).

Plaintiffs filed this action to collect delinquent contributions to employee benefit plans due under the terms of a collective bargaining agreement entered into by defendant KRI. Defendant failed to appear or file an answer or other response to the complaint and, on July 21, 2006, the Court entered default judgment against defendant KRI in the amount of $11,482.88. On March 12, 2007, plaintiffs served a notice of Rule 69 deposition and request for production of documents upon Kercell Parker, an officer of defendant KRI. Mr. Parker failed to appear for the deposition scheduled for April 4, 2007. On May 15, 2007, the Court ordered Mr. Parker to appear for deposition not later than June 25, 2007, and to produce documents.

Counsel for plaintiffs attests that Mr. Parker did not appear for a properly noticed deposition on June 22, 2007. Plaintiffs

PDF created with FinePrint pdfFactory trial version www.pdffactory.com

move the Court to find defendant KRI and its officer(s) in contempt of the Court's order and to impose a monetary compliance fine of $200 per day for each day of noncompliance. Plaintiffs also seek attorney's fees and expenses incurred in bringing the contempt motion. Before imposing a sanction, the Court will give defendant KRI and Mr. Kercell Parker the opportunity to explain their failure to comply with the previous order directing them to appear for Rule 69 deposition.

Accordingly,

**IT IS HEREBY ORDERED that Kercell Parker shall appear before this Court, in person, on Thursday, August 23, 2007, at 11:00 a.m., in Courtroom 14-North, to show cause why he should not be held in contempt for failing to comply with the Order entered on May 25, 2007. Kercell Parker is advised that failure to appear in person may result in a finding of contempt, punishable by fine and/or imprisonment.**

**IT IS FURTHER ORDERED** that the United States Marshals Service shall serve a copy of this order upon Kercell Parker at the following address:

        Kercell Parker
        KRI Midwest, Inc.
        115 S. Creston
        Belleville, IL 62223

        _____
        CAROL E. JACKSON
        UNITED STATES DISTRICT JUDGE

Dated this 25th day of July, 2007.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com